1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDRICK TREAT JOSEPH LANDRUM,

                     Plaintiff,

     v.

PIERCE COUNTY JUDICIAL SYSTEM,

                     Defendant.

Case No. C23-5289-RAJ-MLP

REPORT AND RECOMMENDATION

14

15

16

17

18

19

20

21

22

23

       Plaintiff is currently confined at the Pierce County Jail in Tacoma, Washington. On April 5, 2023, Plaintiff submitted to this Court for filing a civil rights complaint in which he alleged claims related to his ongoing criminal proceedings in Pierce County Superior Court. (*See* dkt. # 1.) Plaintiff failed to submit with his complaint either the requisite filing fee or an application to proceed with this action *in forma pauperis* ("IFP"). Thus, on April 6, 2023, the Clerk sent Plaintiff a letter advising him that his submission was deficient because he failed to meet the filing fee requirement and explaining that he would have to either pay the filing fee or submit an IFP application by May 8, 2023, or risk dismissal of this action. (Dkt. # 3.)

       To date, Plaintiff has neither paid the filing fee, nor has he submitted an application to proceed IFP. As Plaintiff has had ample time to correct the deficiency identified by the Clerk, but

REPORT AND RECOMMENDATION - 1

has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect the right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **June 23, 2023**.

DATED this 30th day of May, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2