UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDRICK TREAT JOSEPH LANDRUM, <br><br> Plaintiff, <br><br> v. <br><br> PIERCE COUNTY JUDICIAL SYSTEM, <br><br> Defendant. | Case No. C23-5289-RAJ <br><br> ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) This action is DISMISSED without prejudice for failure to prosecute.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

DATED this 11th day of July, 2023.

RICHARD A. JONES
United States District Judge

ORDER DISMISSING ACTION - 1